| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **RICHARD ROBERT CHARHUT** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–7456** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** <br> Case number:   **18–81598** | | Date case filed for chapter   **7**   **7/29/18** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | RICHARD ROBERT CHARHUT | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1555 TIMBERWOOD CT <br> Sycamore, IL 60178 | |
| 4. | **Debtor's attorney** <br> Name and address | Juul H Thompson <br> Juul H Thompson, Attorney at Law <br> 105 Hamlet Street <br> Batavia, IL 60510 | Contact phone 630 879–9255 <br> Email: jthom81081@aol.com |
| 5. | **Bankruptcy trustee** <br> Name and address | James E Stevens <br> Barrick, Switzer, Long, Balsley & Van Ev <br> 6833 Stalter Drive <br> Rockford, IL 61108 | Contact phone 815–962–6611 <br> Email: jimstevens@bslbv.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| 6. | **Bankruptcy clerk's office** | Western Division | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 327 South Church Street<br>Rockford, IL 61101 | Contact phone 1–866–222–8029<br><br>Date: 7/30/18 |
| 7. | **Meeting of creditors** | **September 11, 2018 at 02:30 PM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | **308 West State Street, Room 40, Rockford, IL 61101** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 11/13/18** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 18-81598-TML
RICHARD ROBERT CHARHUT                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave          Page 1 of 1          Date Rcvd: Jul 30, 2018
                              Form ID: 309A            Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2018.
db             +RICHARD ROBERT CHARHUT,    1555 TIMBERWOOD CT,    Sycamore, IL 60178-2720
tr             +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
                 Rockford, IL 61108-2582
26942911       +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
26942913       +Cathy Jo Charhut,    311 East Shannon St,    Elburn, IL 60119-8918
26942918       +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
26942919       +Nmac,    Attn: Bankruptcy,    Po Box 660360,    Dallas, TX 75266-0360

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: jthom81081@aol.com Jul 31 2018 00:44:29     Juul H Thompson,
                 Juul H Thompson, Attorney at Law,    105 Hamlet Street,    Batavia, IL  60510
26942910       +EDI: AMEREXPR.COM Jul 31 2018 04:33:00      Amex,    Correspondence/Bankruptcy,    Po Box 981540,
                 El Paso, TX 79998-1540
26942914       +E-mail/Text: bankruptcy@cavps.com Jul 31 2018 00:46:07     Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
26942915       +EDI: CHASE.COM Jul 31 2018 04:33:00      Chase Card Services,    Correspondence Dept,
                 Po Box 15298,    Wilmington, DE 19850-5298
26942917       +EDI: DISCOVER.COM Jul 31 2018 04:33:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
26942921       +EDI: PRA.COM Jul 31 2018 04:33:00      Portfolio Recovery,    Po Box 41021,
                 Norfolk, VA 23541-1021
26942924       +EDI: PRA.COM Jul 31 2018 04:33:00      Portfolio Recovery,    PO 41021,    Norfolk, VA 23541-1021
26942926       +EDI: VERIZONCOMB.COM Jul 31 2018 04:34:00      Verizon,    Attn: Wireless Bankrupty Admin,
                 500 Technology Dr Ste 500,    Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 8

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26942912*      +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
26942916*      +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
26942920*      +Nmac,    Attn: Bankruptcy,    Po Box 660360,    Dallas, TX 75266-0360
26942922*      +Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
26942923*      +Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
26942925*      +Portfolio Recovery,    PO 41021,    Norfolk, VA 23541-1021
                                                                                        TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2018 at the address(es) listed below:
              James E Stevens    jimstevens@bslbv.com, IL48@ecfcbis.com
              Juul H Thompson    on behalf of Debtor 1 RICHARD ROBERT CHARHUT jthom81081@aol.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 3